In the Matter of LYNELLE W. and Another, Children Alleged to be Neglected or Abused. (Appeal No. 2.)—Appeals unanimously dismissed without costs (*see*, Family Ct Act § 1112 [a]; *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeals from Order of Oneida County Family Court, Flemma, J.—Child Abuse; Neglect.) Present—Doerr, J. P., Denman, Boomer, Green and Davis, JJ.